1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CHARLES ALLMAN, ) <br> Plaintiff, ) <br> vs. ) <br> DR. GABRIELLE PALADINO, et al., ) <br> Defendants. ) | Case No. CV 08-3614-RSWL (JWJ) <br><br> **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

On January 16, 2009, defendants Gabrielle Paladino, Ph.D. and Mary Flavan, Ph.D filed a "Notice of Motion and Motion to Dismiss Plaintiff's Civil Rights Complaint" ("Motion to Dismiss").

Plaintiff was instructed, in this Court's January 21, 2009 Minute Order, to file a Response to the Motion to Dismiss on or before February 4, 2009.

To date, Plaintiff has not filed a Response to the Motion to Dismiss. Thus, it appears that plaintiff has failed to comply with this Court's January 21, 2009 Minute Order.

///
///
///

# ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Within **twenty-one days from the date of this Order** plaintiff shall file either an opposition or non-opposition to defendants' Motion to Dismiss; and

(2) The Court Clerk is ordered to serve this Order to Show Cause and defendants' Motion to Dismiss upon plaintiff at his last known address.

If plaintiff fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: March 18, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge