

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHARLES ALLMAN,                         )   NO. CV 08-3614 RSWL (FMO)
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )   **ORDER TO SHOW CAUSE**
                                        )
GABRIELLE PALADINO, et al.,             )
                                        )
          Defendants.                   )
_____)

     On September 2, 2009, the Court's Case Management Order Re: Discovery and Pre-Trial Motions, filed on August 12, 2009, was returned to the court undelivered and marked "Attempted - Not Known."  Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of his lawsuit.  Plaintiff is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution.  See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.").

/ / /

Based on the foregoing, IT IS ORDERED THAT:

1.    Plaintiff shall file with the court a Notice of Change of Address no later than **September 17, 2009**.

2.    **Plaintiff's failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 3rd day of September, 2009.

/s/

Fernando M. Olguin

United States Magistrate Judge
