**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ALLMAN, | )   NO. CV 08-3614 RSWL (FMO) |
|        Plaintiff, | ) |
|        v. | )   **JUDGMENT** |
| GABRIELLE PALADINO, et al., | ) |
|        Defendants. | ) |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  October 5, 2009.


RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE